RECEIVED
2008 APR 11 PM 3:20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE __N.__ DISTRICT OF __California__

Filed APR 11 2008

__Kent D. Nelson__ (Your Name),
Movant

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
Respondent

CV 08 - 80080 MISC.   JF

HRL

I, __Kent D. Nelson__ (your name), (am now/was previously) a customer of __Wells Fargo Bank, NA 2700 S. Price Rd. Chandler, Az. 85248__
____ (name and address of financial institution) and I am the customer whose records are being requested by the United States Securities and Exchange Commission.

The financial records sought by the United States Securities and Exchange Commission are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because the services provided by Kent Nelson were not financial advisory services, Mr. Nelson was not hired by the State of New Mexico as a financial advisor, no fees were collected for financial advisory services and the services provided by Kent Nelson are not considered financial advisory services according to the NASD manual.
or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that

or should not be disclosed on the following other legal basis:
The records sought include time periods outside the time periods of business with the State of New Mexico and thus are not relevant to this investigation.

I declare under penalty of perjury that this statement foregoing is true and correct.

_____
(signature)

Dated: __4-7-08__



**SUBPOENA**

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

### In the Matter of State of New Mexico Investments (D-02761)

To: Wells Fargo Bank, N.A.
Attn: Custodian of Records
c/o Wells Fargo Subpoena Processing
2700 S. Price Rd.
Chandler, AZ 85248

☒ **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below.

1801 California St., Suite 1500, Denver, CO, 80202-2656, by 5:00 p.m., MST, on April 11, 2008.

☐ **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below.

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
Failure to comply may subject you to a fine and/or imprisonment.

By: _____
Laura M. Metcalfe
Assistant Regional Director

Date: March 24, 2008

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.

Richard M. Humes, Esq.
Associate General Counsel
Securities and Exchange Commision
100 F. St., N.E.
Washington, D.C. 20549


April 7, 2008


Dear Mr. Humes,

Attached you will find a motion filed with the Northern District of California. Please be advised that your correspondence regarding the subpoena was received by me on April 7, 2008 a meager three days prior to the deadline for my response. Please be mindful of this in the future so that I can have adequate time to respond to your requests.

Sincerely,

Kent D. Nelson

Kent Nelson 40289-051
Federal Correctional Facility
3705 W. Farm Road
Lompoc, CA 93436

SANTA BARBARA
CA 931 3 T
09 APR 2008 PM

Mr. Mark Zaffarano Deputy-in-Charge
U.S. Courthouse
280 S. First St. Room 2112
San Jose, CA 95113