RICHARD M. HUMES
MELINDA HARDY
KEVIN D. SOLONSKY
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
Telephone:    (202) 551-5014
Facsimile:  (202) 772-9263

Counsel for the Securities and Exchange Commission

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENT D. NELSON,<br><br>　　　Movant,<br><br>　　v.<br><br>UNITED STATES SECURITIES<br>　AND EXCHANGE COMMISSION,<br><br>　　　Respondent. | 5:08-mc-80080-JF |

**VERIFICATION OF ALLISON H. LEE**

　　I, Allison H. Lee, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the following is true and correct. This verification is based upon my personal knowledge, and is submitted in support of the Verified Opposition of Respondent Securities and Exchange Commission to Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Verified Opposition").

　　1.　　I am an attorney with the Securities and Exchange Commission's ("SEC") Division of Enforcement, and one of several attorneys designated by the formal order of investigation, In the Matter of

State of New Mexico Investments (D-2761), as an officer of the SEC to help conduct the investigation. I have helped conduct the investigation, and as a result, am thoroughly acquainted with the investigation and the reasons and basis for issuing the subpoena being challenged in this proceeding.

2.   I have read the SEC's Verified Opposition, and certify that the facts set forth therein are true and correct to the best of my knowledge.

*ALLISON H. LEE*

Dated:   May 6, 2008