RICHARD M. HUMES
MELINDA HARDY
KEVIN D. SOLONSKY
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
Telephone:   (202) 551-5014
Facsimile:    (202) 772-9263

Counsel for the Securities and Exchange Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KENT D. NELSON,

      Movant,

     v.

UNITED STATES SECURITIES
  AND EXCHANGE COMMISSION,

      Respondent.

:
:
:
:
:
:
:
:
:
:

5:08-mc-80080-JF

## CERTIFICATE OF SERVICE

I, Kevin Solonsky, hereby certify that on this 6th day of May, 2008, I caused a true and correct copy of: 1) Verified Opposition of Respondent United States Securities and Exchange Commission; 2) Verification of Allison H. Lee; and 3) this Certificate of Service, to be served on the person listed below by overnight delivery:

Kent D. Nelson
Inmate #40289051
Federal Correctional Facility
3705 West Farm Road
Lompoc, California 93436

KEVIN D. SOLONSKY

**5:08-mc-80080-JF Certificate of Service**